# UNITED STATES DISTRICT COURT

for the

## Northern District of California

U.S.A. Vs. Hector Davila-Chavez          Docket No. 5:19-cr-00181-EJD

## Petition for Arrest Warrant for Defendant Under Pretrial Supervision

| | |
|---|---|
| Name of Defendant: | DAVILA-CHAVEZ, Hector |
| Name of Judicial Officer: | Virginia K. DeMarchi, U.S. Magistrate Judge |
| Date of Release: | July 24, 2019 |
| Charged Offense: | 8 U.S.C. § 1326(a) |
| Release Conditions: | $25,000 (Unsecured) |
| Special Conditions: | 1. The defendant must appear at all proceedings as ordered by the Court and must surrender for service of any sentence imposed;<br>2. The defendant must not commit any federal, state, or local crime;<br>3. The defendant must not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation;<br>4. The defendant must submit to supervision by Pretrial Services and must report immediately upon release and thereafter as directed by Pretrial Services;<br>5. The defendant must surrender all passports and not apply for any passports or other travel documents;<br>6. The defendant shall not possess any firearms, destructive device, or dangerous weapon;<br>7. The defendant must not use alcohol and must not use or possess any narcotic or controlled substance without a legal prescription;<br>8. The defendant must submit to drug and alcohol testing as directed by Pretrial Services; |

**PETITION FOR ARREST WARRANT**
**RE: Hector Davila-Chavez　　　　　　　　Docket No. 5:19-cr-00181-EJD**

9. The defendant must participate in substance abuse treatment, on an out-patient or residential basis, as directed by Pretrial Services;
10. The defendant must not change residence or telephone number without prior approval of Pretrial Services;
11. The defendant must not travel outside of the Northern District of California; and
12. The defendant must reside at the Bridge Sober Living Environment.

## Petitioning the Court

For the issuance of a no-bail warrant for the defendant's arrest.

I, Gustavo Rangel, a Supervisory U.S. Pretrial Services Officer, employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

**VIOLATION(S):**

1. **The defendant must reside at the Bridge Sober Living Environment;**
2. **The defendant must submit to supervision by Pretrial Services; and**
3. **The defendant must not use alcohol.**

**Address of Defendant:** 2826 Forrest Hill Boulevard, Pacific Grove, California, 93950

On July 28, 2021, I received a discharge letter from Mike Casey, the Executive Director of The Bridge Restoration Ministry, that indicated Mr. Davila-Chavez was discharged from the sober living environment (SLE) for breaking curfew and being under the influence of alcohol. The discharge letter advised that Mr. Davila-Chavez was discharged on July 26, 2021. I have not received any correspondence from Mr. Davila-Chavez since his discharge.

I made attempts to contact Mr. Davila-Chavez and his bond co-signer, Martha Chavez-Ponce, on July 29, 2021; July 30, 2021; July 31, 2021 and August 2, 2021. Additional efforts to locate the

**PETITION FOR ARREST WARRANT**
**RE: Hector Davila-Chavez**                              **Docket No. 5:19-cr-00181-EJD**

defendant were also unsuccessful and his whereabouts are unknown. As of writing this petition for warrant, I have not heard back from Mr. Davila-Chavez.

Based on the foregoing, there is probable cause to believe that Hector Davila-Chavez violated the conditions of his pretrial supervision release. In addition, the defendant's whereabouts are currently unknown. Therefore, I ask the Court to issue a no-bail warrant for his arrest.

Respectfully submitted,

*Gustavo Rangel*

Gustavo Rangel
U.S. Pretrial Services Officer
Place: **San Jose, California**
Date Signed: August 2, 2021

Approved by:

*Anthony R Granados*

Anthony Granados, Supervisory
U.S. Pretrial Services Officer

---

Having considered the information set forth above, the Court finds there is probable cause to believe the defendant violated the terms and conditions of his pretrial release.

**THE COURT ORDERS:**

[X]  The issuance of a no-bail warrant for the defendant's arrest so that he/she may be brought before the Court to show cause why bail should not be revoked.

[ ]  Other:

__August 2, 2021__                                    *Virginia K. DeMarchi*
              **Date**                                      **Honorable Virginia K. DeMarchi**
                                                            **U.S. Magistrate Judge**