GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email:     Dejan_Gantar@fd.org

Counsel for Defendant DAVILA-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR DAVILA-CHAVEZ, <br><br> Defendant. | Case No.: 19-CR-181 EJD (VKD) <br><br> **STIPULATION AND [PROPOSED] ORDER TO RELEASE DEFENDANT TO HALFWAY HOUSE** |

On August 9, 2021, the parties appeared before the Court in the instant matter for a bond revocation hearing. *See* ECF 56. Mr. Davila-Chavez appeared in custody. *Id.* On that date, the Court ordered Mr. Davila-Chavez released to the San Francisco halfway house, pending bed space availability. *Id.* Pretrial Services informed the Court that Mr. Davila-Chavez would be placed on the waitlist for the halfway house, and that it would inform the Court and the parties when bed space became available for Mr. Davila-Chavez.

Pretrial Services has informed the parties that space for Mr. Davila-Chavez has become available. Accordingly, the parties hereby stipulate and jointly request that this Court order Mr.

1  Davila-Chavez released from custody forthwith, and ordered to report to the halfway house located at
2  111 Taylor Street, San Francisco, California, 94102.
3       Undersigned defense counsel will coordinate with Mr. Davila-Chavez, and ensure that he
4  reports directly to the halfway house upon his release from Santa Rita Jail.  Mr. Davila-Chavez
5  anticipates traveling to the halfway house either by BART public transportation, or arranging for an
6  Uber to pick him up.
7       IT IS SO STIPULATED.

Dated:   September 22, 2021

GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California

/S/
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated:   September 22, 2021

STEPHANIE M. HINDS
Acting United States Attorney
Northern District of California

/S/
ANN KOPPUZHA
Special Assistant United States Attorney

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, the Court orders that the United States Marshal release Defendant Hector Davila-Chavez from custody forthwith. Upon release, Mr. Davila-Chavez will report directly to the halfway house located at 111 Taylor Street, San Francisco, California, 94102. Mr. Davila-Chavez shall comply with all of the terms of his pretrial release.

IT IS SO ORDERED.

Dated:   September 22, 2021

*[signature]*
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge