UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR JESUS DAVILA-CHAVEZ,<br><br>Defendant. | Case No. 19-cr-00181-EJD-1   (VKD)<br><br>**ORDER REVOKING BAIL AND ORDERING DETENTION** |

The United States moves for a revocation of bail and remand to custody for defendant Jose Hector Jesus Davila-Chavez. At the hearing on the matter on December 3, 2021, Mr. Davila-Chavez does not contest the relief the government seeks, and he has waived written findings.

For the reasons stated on the record during the hearing, the Court concludes that there are no conditions or combination of conditions of release that would reasonably assure Mr. Davila-Chavez's appearance and the safety of others and the community. Accordingly, the Court orders his bail revoked, and further orders that he be detained pending further proceedings in this case.

Mr. Davila-Chavez is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Davila-Chavez shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the United States, the person in charge of the corrections facility shall deliver Mr. Davila-Chavez to the United States Marshal for the purpose of appearances in connection with court proceedings.

//

**IT IS SO ORDERED.**

Dated: December 3, 2021

VIRGINIA K. DEMARCHI
United States Magistrate Judge